1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2    Faith Gay (*Pro Hac Vice* Appl. Pending)
   faithgay@quinnemanuel.com
   Marc Greenwald (Bar No. 176072)
3    marcgreenwald@quinnemanuel.com
   R. Corey Worcester (*Pro Hac Vice* Appl. Pending)
4    coreyworcester@quinnemanuel.com
   Julia Beskin (*Pro Hac Vice* Appl. To Be Filed)
5    juliabeskin@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
6  New York, New York  10010-1601
   Telephone:    (212) 849-7000
7  Facsimile:    (212) 849-7100

8  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Patrick Doolittle (Bar No. 203659)
9    patrickdoolittle@quinnemanuel.com
   50 California Street, 22nd Floor
10 San Francisco, California 94111
   Telephone:    (415) 875-6600
11 Facsimile:    (415) 875-6700

12 *Attorneys for Defendants*

13            **UNITED STATES DISTRICT COURT**

14     **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

15 TY RAYNER, on Behalf of Himself and All       CASE No.:  15-cv-01384-RMW
   Others Similarly Situated,
16
                Plaintiff,                        **STIPULATION AND**
17                                                **[] ORDER**
          vs.                                     **TO STAY ACTION**
18
   E*TRADE FINANCIAL CORPORATION
19 and E*TRADE SECURITIES LLC,                    **CLASS ACTION**
20
                Defendant.
21
22        Plaintiff Ty Rayner, on behalf of himself and others similarly situated ("Plaintiff") and
23 Defendants E*TRADE Financial Corporation and E*TRADE Securities LLC ("Defendants,"
24 together with Plaintiff, "the Parties"), by and through their counsel, enter into the following
   stipulation to stay this action:
25
          WHEREAS, Plaintiff filed his Complaint on March 25, 2015; and
26
          WHEREAS, the following cases (which were brought by different plaintiffs against
27
   different defendants than the Parties) contain allegations with respect to payment for order flow:
28
   *Zola v. TD Ameritrade, Inc.*, D. Neb., 8:14-cv-288; *Verdieck v. TD Ameritrade, Inc.*, D. Neb.,

1    8:14-cv-289; *Lerner v. TD Ameritrade, Inc.*, D. Neb., 8:14-cv-325; *Sarbacker v. TD Ameritrade*

2    *Holding Corporation*; D. Neb., 8:14-cv-341*; Lewis v. Scottrade, Inc.*, S.D. Cal. 3:14-cv-02926

3    (collectively, the "PFOF Actions"); and

4           WHEREAS, motions to dismiss are pending in each of the PFOF Actions; and

5           WHEREAS, neither Party will be prejudiced by a stay pending resolution of the motions to

6    dismiss in the PFOF Actions:

7           IT IS HEREBY STIPULATED that this action shall be stayed until decisions on the

8    motions to dismiss are entered in each of the PFOF Actions.  Defendants need not answer or

9    otherwise respond to the Complaint during the pendency of the motions to dismiss in the PFOF

10   Actions.  Defendants will have 20 days to answer or otherwise respond to Plaintiff's Complaint

11   following the issuance of decisions on the motions to dismiss in the PFOF Actions.  The Parties

12   shall jointly advise the Court of the issuance of decisions on the motions to dismiss in the PFOF

13   Actions within 5 days of the written decisions.

14          In light of the foregoing, the parties respectfully request that the Case Management

15   Conference currently set for July 14, 2015, be vacated until the stay is lifted.

16          DATED: April 16, 2015

                                          BLOOD HURST & O'REARDON, LLP
17                                        TIMOTHY G. BLOOD (149343)
                                          THOMAS J. O'REARDON II (247952)
18
                                          By: */s/ Timothy G. Blood*
19                                        TIMOTHY G. BLOOD
                                          701 B Street, Suite 1700
20                                        San Diego, CA 92101
                                          Tel: 619/338-1100
21                                        Fax: 619/338-1101
                                          tblood@bholaw.com
22                                        toreardon@bholaw.com

23                                        ROBBINS ARROYO LLP
                                          BRIAN J. ROBBINS (190264)
24                                        KEVIN A. SEELY (199982)
                                          ASHLEY P. PALMER (246602)
25                                        LEONID KANDINOV (279650)
                                          600 B Street, Suite 1900
26                                        San Diego, CA 92101
                                          Tel: 619/525-3990
27                                        Fax: 619/525-3991
                                          brobbins@robbinsarroyo.com
28                                        kseely@robbinsarroyo.com
                                          apalmer@robbinsarroyo.com

STIPULATION AND [] ORDER TO STAY ACTION

lkandinov@robbinsarroyo.com

LANDAY ROBERTS LLP
JOHN K. LANDAY (257573)
MALCOLM B. ROBERTS (242431)
450 J. Street, Unit 5291
San Diego, CA 92101
Tel: 805/305-3384
jlanday@landayroberts.com
mroberts@landayroberts.com

*Attorneys for Plaintiff*

QUINN EMANUEL URQUHART
& SULLIVAN

By: */s/ Patrick Doolittle*
Faith Gay (*Pro Hac Vice* Appl. Pending)
faithgay@quinnemanuel.com
Marc Greenwald (Bar No. 176072)
marcgreenwald@quinnemanuel.com
R. Corey Worcester (*Pro Hac Vice* Appl. Pending)
coreyworcester@quinnemanuel.com
Julia Beskin (*Pro Hac Vice* Appl. To Be Filed)
juliabeskin@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
Tel.:  (212) 849-7000
Fax:  (212) 849-7100

Patrick Doolittle (Bar No. 203659)
patrickdoolittle@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Tel.:  (415) 875-6600
Fax:  (415) 875-6700

*Attorneys for Defendants*

**[~~Proposed~~] Order**

Pursuant to the foregoing stipulation between the parties, **IT IS SO ORDERED.**

Dated: ÍDEÍ

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge